IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEVIN PATRICK FLOOD,  :
        Plaintiff,  :
    v.  :  Case No. 3:06-cv-82-KRG-KAP
TROOPER CHARLES SCHAEFER,  :
et al.,  :
        Defendants  :

MEMORANDUM ORDER

    This matter is before Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and Local Rule 72 for Magistrate Judges.

    The Magistrate Judge filed a Report and Recommendation on June 6, 2012, docket no. 175, recommending that plaintiff's motion at docket no. 173, for permission to take an interlocutory appeal, and at docket no. 169, for reconsideration of the ruling at docket no. 165, be denied.

    The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections and motions, and related proceedings at the Court of Appeals.

    After de novo review of the record, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 16th day of October, 2012, it is

ORDERED that plaintiff's motions at docket no. 169 and docket no. 173 are denied. The matter remains with the Magistrate Judge for pretrial proceedings.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Kevin P. Flood, Reg. No. 11130-068
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640