IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN PATRICK FLOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:06-CV-82 |
| v. ) | |
| ) | District Judge Nora Barry Fischer |
| CHARLES SCHAEFER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW this 27th day of September, 2016, the instant matter having been reassigned to District Judge Nora Barry Fischer following entry of an Order of Recusal by District Judge Kim R. Gibson on September 26, 2016 [238],

IT IS HEREBY ORDERED that all deadlines established in the August 30, 2016 Pretrial Order [232] issued by District Judge Kim R. Gibson are VACATED.

IT IS FURTHER ORDERED that a Status Conference is set for **Thursday October 6, 2016 at 3:00 P.M.** The parties shall notify the Court by **September 30, 2016** should they wish to appear by telephone.

*/s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record.

Kevin Patrick Flood
2228 Dufour Avenue #A
Redondo Beach, CA 90278
(By certified and regular mail)